OPINION-AG — AN ATTORNEY IN TULSA, IN BEHALF OF AN OKLAHOMA CORPORATION, WHOSE PRINCIPAL PLACE OF BUSINESS WE ASSUME IS IN TULSA, ON JANUARY 4, 1962 FILED IN YOUR OFFICE A "STATEMENT OF INTENT TO DISSOLVE" SAID CORPORATION, AS PROVIDED IN 18 O.S. 1961 1.183 [18-1.183], AND ON JANUARY 30, 1962, TENDERED TO YOU FOR FILING "CERTAIN ARTICLES OF DISSOLUTION" OF SAID CORPORATION. IN THIS CONNECTION YOU CALL ATTENTION TO 18 O.S. 1961 1.184 [18-1.184]. (FRED HANSEN)